IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:14CR3148 |
| vs. | ORDER |
| SYLVIA D. HYDO, | |
| Defendant. | |

Based on the representations of defendant's counsel, additional time is needed to review this case before deciding whether to proceed to trial or to enter a plea. After these circumstances were explained, the defendant agreed that the time between today and an additional status conference should be excluded from the time limitations of the Speedy Trial Act so that the case can be fairly and justly resolved. Accordingly,

IT IS ORDERED:

1) A trial date will not be set at this time. Instead, a conference will be held at 3:00 p.m. on February 26, 2015 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska to discuss case progression and a potential trial setting. The defendant, her counsel, and counsel for the government shall attend this hearing.

2) The Court further finds that the time between today's date and February 26, 2015 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because despite counsel's due diligence, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7).

February 17, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge