IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>SYLVIA D. HYDO,<br><br>               Defendant. | 4:14CR3148<br><br>**ORDER** |

Defendant has moved to continue defendant's status hearing. (Filing No. 21). As explained by counsel, the defendant needs additional time to interview a potential witness which may impact her case. The motion to continue is unopposed. Based on the representations of counsel, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 21), is granted.

2) The defendant's status hearing will be held before the undersigned magistrate judge on April 16, 2015 at 9:00 a.m.. The defendant is ordered to appear at this hearing.

3) For the reasons stated by counsel, the Court finds that the ends of justice served by continuing defendant's status hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and April 16, 2015 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

April 8, 2015.

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge